IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-HC-2120-FL

| FRANK EUGENE MAY, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| Respondents. | ) | |

Petitioner, a federal inmate, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 against respondents the United States of America and Patricia Stansberry. This matter is before the court for an initial review pursuant to 28 U.S.C. § 2243. It does not clearly appear from the face of the petition that the petitioner is not entitled to relief, thus, the matter is allowed to proceed.

The United States, however, is not a proper respondent in this action. The appropriate respondent in a habeas corpus petition is the petitioner's immediate custodian, the warden, or the superintendent of the facility in which the petitioner is incarcerated. See Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004). The United States does not serve any of these roles. As a result, the United States is DISMISSED from this action.

In sum, petitioner's claim against the United States is DISMISSED and petitioner is ALLOWED to proceed against respondent Patricia Stansberry. Therefore, the Clerk of Court is DIRECTED to maintain management of the matter.

SO ORDERED, this the 26th day of July, 2006.

LOUISE W. FLANAGAN
Chief United States District Judge