

| Phone (919) 645-1700 | **United States District Court** | Michael D. Brooks |
| Fax (919) 645-1750 | **Office of the Clerk** | Acting Clerk of Court |
| | PO Box 25670 | |
| | Raleigh, NC 27611 | |

July 27, 2006

Frank D. Whitney
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601

                      Re: May v. USA, et al.
                            5:06-HC-2120-FL

Dear Mr. Whitney,

    The following documents have been forwarded to your office by electronic notification:

| | |
|---|---|
| _____ | Order allowing petitioner to proceed <u>in</u> <u>forma</u> <u>pauperis.</u> |
| xx | Application for Writ of Habeas Corpus with memorandum in support filed on July 17, 2006. |
| xx | Order filed July 27, 2006. |

    The respondent is allowed twenty (20) days from the date of service in which to file an answer to the petition.

                                                Sincerely,
                                                /s/ Michael D. Brooks
                                                Acting Clerk

Enclosures\

  cc:    Frank Eugene May  00082-005
            Federal Correctional Institution
            P.O. Box 1000
            Butner, NC  27509