IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-HC-2120-FL

| | |
|---|---|
| FRANK EUGENE MAY, | : |
| Petitioner, | : |
| v. | : MOTION TO DISMISS |
| PATRICIA R. STANSBERRY, WARDEN, et al., | : |
| Respondents. | : |

The Respondents, by and through the United States Attorney for the Eastern District of North Carolina, submit this motion to dismiss Petitioner's 28 U.S.C. § 2241 action for lack of jurisdiction. Fed. R. Civ. P. 12(b)(1). A supporting memorandum is attached.

Respectfully submitted this 15th day of August, 2006.

GEORGE E.B. HOLDING
Acting United States Attorney


BY: __/s/ Steve R. Matheny__
STEVE R. MATHENY
Assistant United States Attorney
Civil Division
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
N.C. State Bar No. 16381

CERTIFICATE OF SERVICE

I do hereby certify that I have this 15th day of August, 2006, served the foregoing upon the below-listed party by placing a copy in the U.S. Mail, addressed as follows:

    Frank Eugene May
    Reg. No. 00082-005
    FCI BUTNER MEDIUM
    Federal Correctional Institution
    P.O. Box 1000
    Butner, NC  27509

    __/s/ Steve R. Matheny__
    _____
    Assistant United States Attorney
    Civil Division