
| Phone (919) 645-1700 | **United States District Court** | Michael D. Brooks |
| Fax (919) 645-1750 | **Office of the Clerk** | Acting Clerk of Court |
| | PO Box 25670 | |
| | Raleigh, NC 27611 | |

August 16, 2006

Frank E. May  00082-005
FCI Butner Medium
P.O. Box 1000
Butner, NC  27509

                Re:  May v. USA
                     5:06-HC-2120-FL

Dear Mr. May,

    The respondent(s) has(have) filed a motion to dismiss with regard to the above-captioned action.  Rule 7.1(e)(1), EDNC provides that you must respond to a motion within twenty (20) days of the date of service of the motion.  If you fail to respond, the Court may grant the motion and your case will be dismissed.

    Rule 5 of the Federal Rules of Civil Procedure requires that copies of anything you file with the Court must be served on all other parties or their counsel if they are represented.  Your material in opposition to the motion to dismiss must be filed on or before **September 5, 2006**.

                                                Sincerely,

                                                /s/ Michael D. Brooks, Acting
                                                Clerk of Court