IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
SEP 0 6 2006
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

| | |
|---|---|
| FRANK EUGENE MAY ) | CIVIL CASE NO: 5:06-HC-2120-FL |
| (PETITIONER) ) | |
| ) | PETITIONER'S REPLY IN OPPOSITION |
| v. ) | TO THE GOVERNMENT'S MOTION TO |
| ) | DISMISS UNDER Fed.R.Civ.P. 12 (b) (1) |
| PATRICIA R. STANSBERRY ) | |
| WARDEN ET.AL ) | |
| (RESPONDENT) ) | |

COMES NOW, the above named Petitioner with his reply in opposition the Governments Motion to Dismiss his (§2241) Habeas Corpus under the Fed.R.Civ. Proc., Rule 12(b) (1), for lack of jurisdiction.

The Petitioner has adequately set-out the facts and the law which gives this Honorable Court the proper jurisdiction to entertain this Title 28 U.S.C. § 2241 (c)(3) Writ of Habeas Corpus. See; (Petitioner's § 2241 form on (pages 3 & 5 insert pages i, ii, & iv); See also, (Petitioner's Memorandum of Law, on pages 2,3,6 thru 13 thru 17,& 18). Therefore Petitioner feels that another lengthy citation concerning what gives this court jurisdiction to hear this instant matter is unnecessary.

For all of the above stated reasons which are argued in both facts and law on the above mentioned pages, this Honorable Court should deny and dismiss the Governments Motion to Dismiss the Petitioner's Title 28 § 2241 (c)(3) Writ of Habeas Corpus because the law does [not] support the Governments reasons for a dismissal.

Respectfully submitted this 31st day of August, 2006.

Frank Eugene May

## CERTIFICATE OF SERVICE

    I, Frank Eugene May, hereby certify that I have caused the foregoing **Motion In Opposition**, to be served upon the below mentioned party by placing the same into the legal Mail here ay F.C.I. Butner (Med #1) with the proper postage affixed, marked First-Class with the return receipt requested and properly addressed to the United States District Court for the Eastern District of North Carolina, Western Division, Office of the Clerk, P.O.Box 25670 Raleigh, North Carolina 27509, on this 31 st day of August,2006.

Respectfully Submitted

Frank Eugene May
Reg. No. 00082-005
F.C.I. Butner(Med #1)
P.O.Box 1000
Butner, North Carolina 27509

Party Served:
United States District Attorney
AUSA Steve R. Matheny
Civil Division
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, North Carolina 27601-1461



Frank E. May
No. 00082-005
Federal Correctional Institution #1
P.O. Box 1000
Butner, N.C. 27509

Office of the Clerk
United States District Court
for the Eastern District of North Carolina
Western Division
P.O. Box 25670
Raleigh, NC 27611

Legal Mail

SEP 05 REC'D