IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-HC-2120-FL

| | |
|---|---|
| FRANK EUGENE MAY, ) | |
| ) | |
| Petitioner, ) | |
| ) | MOTION FOR EXTENSION OF |
| v. ) | TIME AND REQUEST TO FILE |
| ) | OUT-OF-TIME ANSWER OR |
| UNITED STATES OF AMERICA, ) | RESPONSE |
| ) | |
| Respondent. ) | |
| ) | |

The Respondent, by and through the United States Attorney for the Eastern District of North Carolina, moves this Honorable Court for an extension of time, up to and including March 23, 2007, to answer or further respond to petitioner's motion under 28 U.S.C. § 2241.

On January 17, 2007, this Court denied the Government's previous motion to dismiss. The Petitioner, a prisoner detained in this district, was convicted of criminal offenses in the District of Guam in 1993. The United States has been in the process of investigating the claims, and had thought that an earlier motion to continue had been prepared and filed. Today, however, the undersigned learned that no extension had yet been requested.

WHEREFORE, the United States respectfully requests permission to file an answer or further response out-of-time, and by March 23, 2007.

Respectfully submitted this 22nd day of February, 2007.

>GEORGE E.B. HOLDING
>United States Attorney

>BY: __/s/Steve R. Matheny___
>_____
>STEVE R. MATHENY
>Assistant United States Attorney
>Civil Division
>310 New Bern Avenue
>Suite 800 Federal Building
>Raleigh, NC  27601-1461
>Telephone: (919) 856-4530
>Facsimile: (919) 856-4821
>N.C. State Bar No. 16381

CERTIFICATE OF SERVICE

I do hereby certify that I have this 22nd day of February, 2007, served the foregoing by placing a copy in the U.S. Mail, addressed as follows:

>Frank Eugene May
>Reg. No. 00082-005
>FCI BUTNER MEDIUM
>Federal Correctional Institution
>P.O. Box 1000
>Butner, NC  27509

>__/s/Steve R. Matheny___
>_____
>Assistant United States Attorney
>Civil Division

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-HC-2120-FL

| | |
|---|---|
| FRANK EUGENE MAY, | ) |
| | ) |
| Petitioner, | ) |
| | ) ORDER REGARDING MOTION |
| v. | ) FOR EXTENSION OF TIME AND |
| | ) REQUEST TO FILE OUT-OF-TIME |
| UNITED STATES OF AMERICA, | ) ANSWER OR RESPONSE |
| | ) |
| Respondent. | ) |

For good cause having been shown upon the Motion of the Respondent, it is hereby

ORDERED that the Respondent have up to and including March 23, 2007, to answer or further respond to petitioner's Motion under 28 U.S.C. § 2241.

This ___ day of February, 2007.

_____
LOUISE W. FLANAGAN
Chief United States District Judge