IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-HC-2120-FL

FRANK EUGENE MAY,                        :
                                         :
              Petitioner,                :
                                         :
        v.                               :    MOTION TO TRANSFER
                                         :    28 U.S.C. § 2241
PATRICIA R. STANSBERRY, WARDEN,          :    ACTION TO THE DISTRICT
et al.,                                  :    OF PETITIONER'S
                                         :    SENTENCING
              Respondents.               :

        The Respondents, by and through the United States Attorney

for the Eastern District of North Carolina, respectfully submit

this motion to transfer the 28 U.S.C. § 2241 action to the district

of Petitioner's sentencing, the United States District Court for

the Territory of Guam.  28 U.S.C. § 1631.  A supporting memorandum

is attached.

        Respectfully submitted this 2nd day of March, 2007.

                              GEORGE E.B. HOLDING
                              United States Attorney



                              __/s/Steve R. Matheny__
                         BY: _____
                                STEVE R. MATHENY
                         Assistant United States Attorney
                         Civil Division
                         310 New Bern Avenue
                         Federal Building, Suite 800
                         Raleigh, NC  27601-1461
                         Telephone:  (919) 856-4530
                         Facsimile:  (919) 856-4821
                         N.C. State Bar No. 16381

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this 2nd day of March, 2007, served the foregoing upon the below-listed party by placing a copy in the U.S. Mail, addressed as follows:

       Frank Eugene May
       Reg. No. 00082-005
       FCI BUTNER MEDIUM
       Federal Correctional Institution
       P.O. Box 1000
       Butner, NC  27509


                          __/s/Steve R. Matheny__
                          _____
                          Assistant United States Attorney
                          Civil Division