IN THE UNITED STATES DISTRICT COURT
FOR THE EASTEREN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
MAR 0 2 2007
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

No: 5:06-HC-2120-FL

FRANK EUGENE MAY, )
)
    Petitioner, )
) PETITIONER'S REPLY IN
) OPPOSITION TO THE
v. ) GOVERNMENTS MOTION FOR
) EXTENSION OF TIME AND
UNITED STATES OF AMERICA, ) REQUEST TO FILE OUT-OF-
) TIME ANSWER OR RESPONSE
    Respondent, )
_____)

COMES NOW, the above named Petitioner with his Reply in Opposition to the Governments Motion for Extension of Time and Request to file out-of-time answer or response.

The Petitioner asks this Court to deny the Government's Motion for the following reasons. The Government states that it thought that an earlier motion to continue had been prepared and filed. They also state that today, however, the undersigned learned that no extension had yet been filed. Petitioner will assume that the "today" date is February 22, 2007 the date the Government filed the above mentioned motion, from your Order of January 15, 2007.

Your Honor this Court, the Government, and myself have been party to all motions, orders and memorandums in this case from the start. You would think that with all the Government's unlimited resources that they would have filed on time and in a timely manner. Petitioner has filed and shown this Honorable Court that he was prepared

1

and correct, and it would be prejudicial to the Petitioner if the Government were to have no limits on following procedures and times for filing its documents. These procedures apply to the Petitioner and should also apply to the Respondent. The Government would like you to believe that they are investigating the claims. The Government clearly had amply time and resources to respond to your order in a timely manner and chose not to. The Government in there earlier Memorandums in Support investigated my claims and responded. These claims were found by this Honorable Court to be correct and the Government's Motion to Dismiss was denied by this Honorable Court.

The Government should not be allowed to respond a second time. They had there opportunity and were denied. Now they want a second opportunity, through this Motion for Extension of Time and Request to file out-of-time answer or Response. The rules should be no different for the Respondent than they are for the Petitioner.

It is for the before mentioned reasons Respondents Motion for Extension of Time and Request to file out-of-time answer or response, be denied.

Respectfully submitted this 1st day of March, 2007

Frank Eugene May
Reg.No. 00082-005
Low Security Correctional Institution
P.O.Box 999
Butner, North Carolina 27509

2
Case 1:07-cv-00011   Document 21-17   Filed 05/09/2007   Page 2 of 4

## CERTIFICATE OF SERVICE

I, Frank Eugene May, hereby certify that I have caused the foregoing Motion in Opposition to the Governments Motion for Extension of Time and Request to file out-of-time answer or response, to be served upon the below mentioned party by placing the same into the Legal Mail here at LSCI Butner with the proper postage affixed, marked First Class with return receipt requested and properly addressed to the United States District Court for the Eastern District of North Carolina, Western Division, Office of the Clerk, Terry Sanford Federal Building RM#574, 310 New Bern Avenue, Raleigh, North Carolina 27601. Attn: Prisoner Litigation Section.

Respectfully submitted this 1st. day of March, 2007.

Frank Eugene May
Reg.No. 00082-005
Low Security Correctional Institution
P.O.Box 999
Butner, North Carolina 27509

Party Served:
Assistant United States Attorney
Steve R. Matheny
Civil Division
310 New Bern Avenue
Suite 800 Federal Building
Raleigh, North Carolina 27601-1461

3

Name: Frank May 00082-005
Low Security Correctional Institution
Number:
P.O. Box 999
Butner, NC 27509

Legal Mail

RECEIVED
MAR 2 2007
DENNIS P IAVARONE
US DISTRICT COURT, EDNC

Terry Sanford Federal Building
Office of the Clerk
310 New Bern Avenue
Raleigh, North Carolina 27601
Attn: Prisoner Litigation Section Rm# 574

