IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-HC-2120-FL

| | | |
|---|---|---|
| FRANK EUGENE MAY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on respondent Patricia R. Stansberry's motion for an extension of time to file an out-of-time answer to petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. For good cause shown, respondent's motion for an extension of time (DE # 11) is GRANTED. Respondent has until March 23, 2007 to file her answer.

SO ORDERED, this 7th day of March, 2007.

LOUISE W. FLANAGAN
Chief United States District Judge