IN THE UNITED STATES DISTRICT COURT
FOR THE EASTEREN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No: 5:06-HC-2120-FL

FILED

MAR 1 9 2007

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | | |
|---|---|---|
| FRANK EUGENE MAY, | ) | |
| | ) | |
| Petitioner, | ) | PETITIONER'S REPLY IN |
| | ) | OPPOSITION TO THE |
| v. | ) | RESPONDENTS MOTION TO |
| | ) | TRANSFER 28 U.S.C. § 2241 |
| UNITED STATES OF AMERICA, | ) | ACTION TO THE DISTRICT OF |
| | ) | PETITIONER'S SENTENCING |
| Respondent, | ) | |
| | ) | |

COMES NOW, the above named Petitioner with his reply in opposition to the Government's Motion to Transfer 28 U.S.C. § 2241 Action to the District of Petitioner's Sentencing under 28 U.S.C. § 1631.

This Honorable Court has found and ruled in an Order dated January 15, 2007 that it has jurisdiction to hear Petitioner's **28 U.S.C. § 2241** and as such Petitioner requests that the Government's Motion to Transfer 28 U.S.C. § 2241 Action to the District of Petitioner's Sentencing be denied and that this Honorable Court proceed on this matter. A supporting memorandum is attached.

Respectfully submitted this 16th day of March, 2007

Frank Eugene May
Reg. No. 00082-005
Low Security Correctional Institution
P.O.Box 999
Butner, North Carolina 27509

## CERTIFICATE OF SERVICE

I, Frank Eugene May, hereby certify that I have caused the foregoing , Opposition to the Government's Motion to Transfer 28 U.S.C. § 2241 Action to the District of Petitioner's Sentencing, to be served upon the below mentioned party by placing the same into the Legal Mail here at LSCI Butner with the proper postage affixed, marked First Class properly addressed to Assistant United States Attorney, Steve R. Matheny, Civil Division, 310 New Bern Avenue, Suite 800, Raleigh, North Carolina 27601-1461.

Respectfully submitted this 16th day of March, 2007

Frank Eugene May
Reg. No. 00082-005



Legal Mail

Bank
No. 00082-005
Security Correctional Institution
P.O. Box 999
Butner, NC 27509

United States District Court
for the Eastern District of North Carolina
Western Division, Office of the Clerk
Terry Sanford Federal Building, Rm #574
310 New Bern Avenue
Raleigh, North Carolina, 27601

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."

Date 2/16/07
LOW SECURITY CORRECTIONAL INSTITUTION
BUTNER, NC 27509-0999

RECEIVED
MAR 19 2007
DENNIS P. IAVARONE
US DISTRICT COURT CLERK

CERTIFIED MAIL
7006 0100 0002 6508 0337

Case 1:07-cv-00011  Document 21-19  Filed 05/09/2007  Page 3 of 3