CLOSED

# U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Western Division)
## CIVIL DOCKET FOR CASE #: 5:06-hc-02120-FL

| | |
|---|---|
| May v. United States of America et al | Date Filed: 07/17/2006 |
| Assigned to: Chief Judge Louise Wood Flanagan | Jury Demand: None |
| Cause: 28:2241 Petition for Writ of Habeas Corpus (Federal) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Frank Eugene May**      represented by **Frank Eugene May**
00082-005
FCI Butner Low
P.O. 999
Butner, NC 27509
US
PRO SE

V.

**Respondent**

**United States of America**      represented by **Steve R. Matheny**
*TERMINATED: 07/27/2006*                         U. S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601-1461
919-856-4530
Fax: 856-4821
Email: steve.matheny@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Patricia R. Stansberry**      represented by **Steve R. Matheny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/2006 | 1 | PETITION for Writ of Habeas Corpus ( Filing fee $ 5.00 receipt number 104 22848.), filed by Frank Eugene May. (Attachments: # 1 Envelope) (Deputy Clerk, AI) (Entered: 07/17/2006) |
| | | |

| | | |
|---|---|---|
| 07/17/2006 | 2 | Memorandum in Support re 1 Petition for Writ of Habeas Corpus filed by Frank Eugene May. (Deputy Clerk, AI) (Entered: 07/17/2006) |
| 07/27/2006 | 3 | ORDER dismissing claim against United States of America and DIRECTING CLERK TO CONTINUE MANAGEMENT OF CASE. Signed by Judge Louise Wood Flanagan on 7/26/2006. (Deputy Clerk, GM) (Entered: 07/27/2006) |
| 07/27/2006 | 4 | Letter sent to U.S. Attorney with Petition for Writ of Habeas Corpus Answers due by 8/16/2006 (Deputy Clerk, GM) (Entered: 07/27/2006) |
| 08/15/2006 | 5 | MOTION to Dismiss by United States of America, Patricia R. Stansberry. (Matheny, Steve) (Entered: 08/15/2006) |
| 08/15/2006 | 6 | Memorandum in Support re 5 MOTION to Dismiss filed by United States of America, Patricia R. Stansberry. (Matheny, Steve) (Entered: 08/15/2006) |
| 08/16/2006 | 7 | Rule 12 Letter issued, response due 9/5/2006. (Deputy Clerk - AI, ) (Entered: 08/16/2006) |
| 08/16/2006 | | Set Deadlines: Responses to motion to dismiss due by 9/5/2006 (Deputy Clerk - AI, ) (Entered: 08/16/2006) |
| 09/06/2006 | 8 | RESPONSE in Opposition re 5 MOTION to Dismiss filed by Frank Eugene May. (Attachments: # 1 Envelope)(Deputy Clerk - AI, ) (Entered: 09/06/2006) |
| 09/06/2006 | 9 | Memorandum in Support re 8 Response in Opposition to Motion filed by Frank Eugene May. (Deputy Clerk - AI, ) (Entered: 09/06/2006) |
| 09/06/2006 | | ***Motions Submitted to Staff Counsel II re: 5 MOTION to Dismiss (Deputy Clerk - AI, ) (Entered: 09/06/2006) |
| 01/17/2007 | 10 | ORDER denying 5 Motion to Dismiss . Signed by Judge Louise Wood Flanagan on 1/15/2007. (Deputy Clerk - GM, ) (Entered: 01/17/2007) |
| 02/22/2007 | 11 | MOTION for Extension of Time to File Response/Reply as to 1 Petition for Writ of Habeas Corpus *(and Request to file Out-of-Time Answer or Response)* by United States of America, Patricia R. Stansberry. (Attachments: # 1 Text of Proposed Order)(Matheny, Steve) (Entered: 02/22/2007) |
| 03/02/2007 | 12 | MOTION to Transfer Case *to the District of Petitioner's Sentencing* by United States of America, Patricia R. Stansberry. (Matheny, Steve) (Entered: 03/02/2007) |
| 03/02/2007 | 13 | Memorandum in Support re 12 MOTION to Transfer Case *to the District of Petitioner's Sentencing* filed by United States of America, Patricia R. Stansberry. (Matheny, Steve) (Entered: 03/02/2007) |
| 03/02/2007 | 14 | RESPONSE in Opposition re 11 MOTION for Extension of Time to File Response/Reply as to 1 Petition for Writ of Habeas Corpus *(and Request to file Out-of-Time Answer or Response)* filed by Frank Eugene May. (Attachments: # 1 Envelope)(Deputy Clerk - AI, ) (Entered: 03/02/2007) |

| | | |
|---|---|---|
| 03/02/2007 | | ***Motions Submitted to Staff Counsel II re: 11 MOTION for Extension of Time to File Response/Reply as to 1 Petition for Writ of Habeas Corpus *(and Request to file Out-of-Time Answer or Response)* (Deputy Clerk - AI, ) (Entered: 03/02/2007) |
| 03/08/2007 | 15 | ORDER granting 11 Motion for Extension of Time to File Response/Reply, Responses due by 3/23/2007. Signed by Judge Louise Wood Flanagan on 3/7/2007. (Deputy Clerk - AI, ) (Entered: 03/08/2007) |
| 03/19/2007 | 16 | RESPONSE in Opposition re 12 MOTION to Transfer Case *to the District of Petitioner's Sentencing* filed by Frank Eugene May. (Attachments: # 1 Envelope)(Deputy Clerk - AI, ) (Entered: 03/19/2007) |
| 03/19/2007 | 17 | Memorandum in Support re 16 Response in Opposition to Motion filed by Frank Eugene May. (Deputy Clerk - AI, ) (Entered: 03/19/2007) |
| 03/26/2007 | | Motions Submitted to Staff Counsel re: 12 MOTION to Transfer Case *to the District of Petitioner's Sentencing* (Deputy Clerk - AI, ) (Entered: 03/26/2007) |
| 04/13/2007 | 18 | MOTION for Summary Judgment by Frank Eugene May. (Attachments: # 1 Envelope)(Deputy Clerk - AI, ) (Entered: 04/13/2007) |
| 04/13/2007 | 19 | Memorandum in Support re 18 MOTION for Summary Judgment filed by Frank Eugene May. (Deputy Clerk - AI, ) (Entered: 04/13/2007) |
| 05/03/2007 | 20 | ORDER granting 12 Motion to Transfer Case and is ordered to transfer to the USDC for the Territory of Guam.. Signed by Judge Louise Wood Flanagan on 5/3/07. (Deputy Clerk - AEB, ) (Entered: 05/04/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/14/2007 00:34:13 | | | |
| **PACER Login** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:06-hc-02120-FL |
| **Billable Pages:** | | **Cost:** | |