United States District Court of Guam
Office of the Clerk
Jeanne G. Quinata
4th Floor, U.S. Courthouse
520 West Soledad Ave.
Hagatna, Guam 96910

August 11, 2007



**FILED**
DISTRICT COURT OF GUAM

AUG 20 2007

JEANNE G. QUINATA
Clerk of Court

Frank Eugene May, pro se
Reg. No. 00082-005
Low Security Correctional Institution
P.O. Box 999
Butner, North Carolina 27509

Reference: **Habeas Corpus § 2241, Case No. CV-07-00011**

Dear Clerk,

As per your request in my last communication via telephone call with your office, I am writing this letter to you in the hope that you can please up-date me on the above listed case that I have pending in your Court.

This case was transferred to your Honorable Court from the United States District Court in Raleigh, North Carolina for disposition of the merits.

I am not a practicing attorney and am acting in pro se in this matter, so there are a couple of questions I have pertaining to this matter before you. First and foremost is there a projected time frame for a matter like this before the courts? Second is, will all or if any communications in this matter be forwarded to me?

I would like to thank you for your time and service in this matter and look forward to hearing from you soon. Any and all help from your office would be and is greatly appreciated.

Respectfully yours,

Frank May, pro se

**RECEIVED**
AUG 20 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

cc: file/fm

Name: Frank May 00083-005

Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509

RESEARCH TRIANGLE REGION
GUAM MPO xxxxxxx 2407 2051
13 AUG 2007 PM

United States District Court
Office of the Clerk
Jeanne G. Quinata
4th Floor US Courthouse
520 West Soledad Ave.
Hagatna, Guam 96910

RECEIVED
AUG 20 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM