U.S. District Court Clerk            Aug, 26, 2007
Jeanne G. Quinata
4th Floor, U.S. Courthouse
520 West Soledad Ave.
Hagatna, Guam 96910

**RECEIVED SEP -4 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

FRANK MAY
Reg. No. 00082-005
FCI #2 Unit m/c
P.O. Box 1500
Butner, N.C. 27509

RE: Change of Address for Case# CV-07-00011

Dear, Ms. Quinata,
    Please note the NEW ADDRESS for me listed above. I am still on the same complex here at Butner just at a diffrent Building and P.O. Box.
    Please make the necessary changes so that all future correspondense is sent to me here at the F.C.I. #2.
    I would like to thank you for your time and service in this matter and look forward to hopefully hearing some good news from you in the not so distant future.

Sincerly
F May

Frank May CCC83-005

Name: _____ Number: _____
Federal Correctional Institution 2
P.O. Box 1500
Butner, N.C. 27509

RESEARCH TRIANGLE REGION
NC 276 1L
GUAM MP AUG 2007 PM

United States District Court
Office of the Clerk
Jeanne G. Quinata
4th Floor, U.S. Courthouse
520 West Soledad Ave.