Frank May, Pro Se  
Reg. No. 00082-005  
Federal Correctional Institution #2  
P.O. Box 1500, Unit M\C  
Butner, N.C. 27509  

February 26, 2008

**FILED**  
DISTRICT COURT OF GUAM

MAR 0 3 2008

JEANNE G. QUINATA  
Clerk of Court

Jeanne G. Quinata  
Clerk of the Court  
U.S. District Court of Guam  
4th Floor U.S. Courthouse  
520 West Soledad Ave.  
Hagatna, Guam 96910  

RE: Case No. CV-07-00011

Dear Jeanne G. Quinata:

I am writing this letter to you in the hope that you could please inform me what is the latest on the above listed case that has been pending in your court for sometime now. As you know, I am a Federal Prisoner housed in North Carolina and due to the time zone difference it makes it hard for me to call and ask what is up with my case. It would be greatly appreciated if you could send me some kind of update.

My case was transferred from the U.S. District Court here in Raleigh, N.C. as a Writ of Habeas Corpus under 28 U.S.C. § 2241. Case No. 5:06-HC-2120-FL. Your Court had issued the above listed case number and that is all I know or have been told about this matter. So if you can, please help me in this matter. Thank you and again I will appreciate any help that you can provide me with.

Respectfully,

Frank May  
Pro Se.

RECEIVED  
MAR 0 3 2008  
DISTRICT COURT OF GUAM  
HAGATNA, GUAM

Name: FRANK MAY 00083-005
Federal Correctional Institution 2
P.O. Box 1500
Butner, N.C. 27509

RECEIVED
MAR 03 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Jeanne G. Quinata
Clerk of the Court
U.S. District Court of Guam
4th Floor U.S. Courthouse
520 West Soledad Ave.
Hagatna, Guam 96910