Clerk of the Court  
United States District Court  
For the Territory of Guam

Monday, August 25, 2008

**FILED**  
**DISTRICT COURT OF GUAM**

AUG 25 2008

**JEANNE G. QUINATA**  
**Clerk of Court**

Frank May  
Reg. No. 00082-005  
FCI #2  
P.O. Box 1500  
Butner, NC 27509

Reference: <u>Change of Address notification in **Case # CV-07-00011**</u>

Dear Clerk of the Court,

This is to notify you that I have been transferred from the FCI #2 here at Butner to the FMC Butner. This is still part of the same complex but a different compound on the complex. My **NEW** address is listed below. Please make the appropriate chances in my file.

Thank you for time and service in this matter.

Thank you,

Frank May  
Pro Se.

**NEW ADDRESS**  
**Frank May**  
**Reg. No. 00082-005**  
**FMC Butner**  
**P.O. Box 1600**  
**Butner, NC 27509**

Frank May 00082-005
Name:
Federal Correctional Institution 2
P.O. Box 1500
Butner, N.C. 27509

RECEIVED
AUG 25 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

RESEARCH TRIANGLE REGION
NC 275 5 T
20 AUG 2008 PM

Clerk of the Court
U.S. District Court of Guam
4th Floor U.S. Courthouse
520 West Soledad, Ave
Hagatna, Guam 96910