# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| FRANK EUGENE MAY,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Civil Case No. 07-00011<br><br><br>**ORDER** |

Frank Eugene May ("Petitioner"), currently detained in North Carolina, filed the instant Petition for a Writ of Habeas Corpus in the United States District Court of the Eastern District of North Carolina.[1] *See* Docket No. 21. The government filed a motion to transfer the case to this court (the sentencing court). *Id.* The Eastern District Court granted the motion, and in light of the transfer, the court declined to rule on Petitioner's Motion for Summary Judgment, wherein he argued his actual innocence of importation charges based on *United States v. Cabaccang*, 332 F. 3d 622 (9th Cir. 2003) (en banc).

Accordingly, the court hereby **ORDERS** that the government file its response to the Motion for Summary Judgment no later than September 24, 2008.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Sep 09, 2008**

---

[1] Petitioner had been convicted by a jury in Criminal Case No. 93-00024, of charges of importation and felon in possession of a firearm. He was sentenced by this court to 327 years of imprisonment followed by three years of supervised release.